UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ELIO SOTO,                                                 :
                                    Plaintiff,             :
                                                           :          13 Civ. 4014 (LGS)
                                                           :
                    -against-                              :
                                                           :
LUIS RIVERA, et al.                                        :
                                    Defendant.   :
                                                           :
----------------------------------------------------------- X

## Verdict Form

1. Has the Plaintiff proven, by a preponderance of the evidence, that he was subjected to an unlawful search when he emptied his pockets near the housing area?

   YES_____   NO__✓___

2. Has the Plaintiff proven, by a preponderance of the evidence, that he was subjected to an unlawful search when he emptied his pockets in the Warden's Office?

   YES_____   NO__✓___

   If you answered YES to Question 2, then please go on to question 3.
   If you answered NO to Question 2, then please go on to question 4.

3. Is this Defendant liable for the unlawful search of Plaintiff's pockets in the Warden's Office?   If your answer is Yes, how much damage did he cause Plaintiff as a result? Your answer must be at least $1.

   | | | | |
   |---|---|---|---|
   | Rivera | YES_____ | NO_____ | $_____ |
   | Hill | YES_____ | NO_____ | $_____ |
   | Valerio | YES_____ | NO_____ | $_____ |

   Please go on to question 4.

4. Has the Plaintiff proven, by a preponderance of the evidence, that he was subjected to an unlawful search when his car was searched?

   YES_____   NO__✓___

   If you answered YES, then please go on to question 5.

If you answered NO, then please go on to question 6.

5. Is this Defendant liable for the unlawful search of Plaintiff's car?   If your answer is Yes,
how much damage did he cause Plaintiff as a result?   Your answer must be at least $1.

| Rivera | YES____ NO____ | $_____ |
| Hill | YES____ NO____ | $_____ |
| Valerio | YES____ NO____ | $_____ |

Please go on to question 6.

6. Has the Plaintiff proven by a preponderance of the evidence that he was subjected to a
visual body cavity search, or was he subjected to a strip search? **[Choose one]**

Strip search  ✗   Visual body cavity search ____

Please go on to question 7

7. Has the Plaintiff proven by a preponderance of the evidence that the search chosen in
question 6 was unlawful?

YES____ NO__✗__

If you answered YES, then please go on to question 8.
If you answered NO, then please go on to question 9.

8. Is this Defendant liable for the search chosen in question 6?   If your answer is Yes, how
much damage did he cause Plaintiff as a result?   Your answer must be at least $1.

| Rivera | YES____ NO____ | $_____ |
| Hill | YES____ NO____ | $_____ |
| Valerio | YES____ NO____ | $_____ |
| Barnaby | YES____ NO____ | $_____ |

Please go on to question 9

9. Has the Plaintiff proven, by a preponderance of the evidence, that he was falsely
imprisoned?

YES____ NO__✗__

If you answered YES, then please go on to question 10.
If you answered NO, then your deliberations are complete.

10. Is this Defendant liable for the false imprisonment?  If your answer is Yes, how much damage, if any, did he cause Plaintiff as a result?

Rivera      $_____
Hill        $_____
Valerio     $_____
Barnaby     $_____


1. _____
Foreperson

2. _____
Juror

3. _____
Juror

4. _____
Juror

5. _____
Juror

6. _____
Juror

7. _____
Juror

8. _____
Juror

9. _____
Juror

10. _____
Juror